Honorable John H. Chun

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| D'VOREAUX CANN,<br><br>    Plaintiff,<br><br> v.<br><br>NORDSTROM INC.; TD BANK USA, N.A.; and NORDSTROM CARD SERVICES INC.,<br><br>    Defendant. | Case No.: 2:23-cv-00997-JHC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DEADLINE FOR FILING FRCP 26(f) COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN**<br><br>**NOTING DATE:** November 6, 2023 |

ORDER

Case No. 2:22-cv-00997-JHC
DM1\14732542.1

DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105

# ORDER

This matter came before the court on Defendants Nordstrom, Inc., Nordstrom Card Services, Inc. and TD Bank USA, N.A.'s Unopposed Motion to Continue Deadline for Filing Joint Status Report. The Court hereby GRANTS the motion, and continues the deadline to submit the Joint Status Report until November 20, 2023.

**IT IS SO ORDERED.**

DATED this 7th day of November, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

By:/s/ *Lauren M. Case*
Lauren M. Case, WSB No. 49558
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail:lmcase@duanemorris.com

Attorneys for Defendants
NORDSTROM, INC.; TD BANK USA, N.A.; and NORDSTROM CARD SERVICES, INC.

ORDER

Case No. 2:22-cv-00997-JHC
DM1\14732542.1

Page No. 1

DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105