UNITED STATES DISCTRICT COURT

WESTERN DISCTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| D'VOREAUX CANN, | No. 2:23-cv-00997-JHC |
| Plaintiff, | |
| vs. | ORDER |
| NORDSTROM INC., TD BANK USA, N.A., and NORDSTROM CARD SERVICES INC., | |
| Defendants. | |

Before the Court is pro se Plaintiff's Motion to Compel Discovery and Production of Documents. Dkt. # 25. The Court has considered the materials filed in support of, and in opposition to, the motion; the rest of the case file; and the governing law. Being fully advised, the Court rules as follows:

Plaintiff provides no indication that he served Defendants with discovery requests under the Federal Rules of Civil Procedure; and Defendants contend that Plaintiff has not served any such discovery. Also, Plaintiff has failed to certify that a "meet and confer" took place before the filing of the motion. *See* Fed. R. Civ. P. 37(a)(1); LCR 37(a)(1). Accordingly, the Court DENIES the motion.

Page 1
ORDER

DATED this 29th day of April, 2024.

*John H. Chun*
John H. Chun
United States District Judge

Page 2
ORDER