UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| D'VOREAUX CANN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NORDSTROM INC.; TD BANK USA, N.A.; and NORDSTROM CARD SERVICES INC.,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-00997-JHC<br><br>**STIPULATED MOTION TO STAY CASE DEADLINES PENDING SETTLEMENT CONFERENCE OUTCOME; ORDER**<br><br>**NOTING DATE:** May 30, 2024 |

STIPULATED MOTION TO STAY CASE DEADLINES PENDING SETTLEMENT CONFERENCE OUTCOME; ORDER

Case No. 2:22-cv-00997-JHC

**ORDER**

Upon consideration of the Stipulated Motion to Stay Case Deadlines Pending Settlement Conference (Dkt. # 31) filed by Plaintiff and Defendants (the "Parties"), it is hereby:

**ORDERED** that the Stipulated Motion be and hereby is **GRANTED**; it is further

**ORDERED** that the Parties are directed to schedule and participate in a settlement conference before a neutral from the Court's register on or before August 8, 2024; it is further

**ORDERED** that all deadlines in this case are stayed pending the outcome of the settlement conference; it is further

**ORDERED** that, within seven (7) days of the conclusion of the settlement conference, the Parties shall submit a status report to the Court, either notifying the Court that the Parties have settled or providing a proposed amended scheduling order for the Court's consideration.

**IT IS SO ORDERED.**

DATED this 30th day of May, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE